UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

IRVING ROWLEY

        Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

        Defendant(s)

**JUDGMENT**

Civil #09-00216 (RBK)

-----

The Hon. John W. Bissell, Special Master, appointed by this Court having found on June 17, 2009, and no timely objection having been filed,

IT IS, on this 29th day of October 2009

ORDERED that the report of Hon. John W. Bissell dated June 17, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Irwin Rowley.**

HON. ROBERT B. KUGLER, U.S.D.J.